# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DEQUAVIOUS JOHNSON,

        Petitioner,        Case Number: 2:11-CV-11891

v.        HON. GERALD E. ROSEN

CINDI CURTIN,

        Respondent.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated October 22, 2013 , this cause of action is DISMISSED.

Dated at Detroit, Michigan this 22nd day of October, 2013.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY:   s/Julie Owens
                 Deputy Clerk

APPROVED:

s/Gerald E. Rosen
GERALD E. ROSEN
CHIEF UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 22, 2013, by electronic and/or ordinary mail.

        S/Julie Owens
        Case Manager, (313) 234-5135